IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | C.A. No. 19-861-RGA |

**DEFENDANT'S NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW PETITIONS BY THE PATENT OFFICE**

Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc. assert that Defendant NVIDIA Corporation ("NVIDIA") infringes U.S. Patent Nos. 6,232,231 ("the '231 patent"), 6,849,946 ("the '946 patent"), 7,064,005 ("the '005 patent") and 6,317,333 ("the '333 patent") (collectively, the "Asserted Patents") in this case.

On May 5, 2020, NVIDIA provided notice that it filed three *inter partes* reviews ("IPRs") with the U.S. Patent Office Patent Trial and Appeal Board ("PTAB") covering every asserted claim of three of the four currently asserted patents.[1]  D.I. 146.  NVIDIA hereby provides notice that the PTAB has instituted all three IPR proceedings on every asserted claim of those three asserted patents.

NVIDIA intends to file a motion to stay the litigation in light of the IPR proceedings within a few days.  Plaintiffs have not yet provided their position as to this motion.  A Markman hearing is scheduled in this case on October 13, 2020.  D.I. 188.

---

[1] Plaintiffs' allegations regarding U.S. Patent No. 5,666,046 were dismissed with prejudice on May 5, 2020.  (D.I. 143.)

Attached as Exhibits A-C are the institution decisions for the three IPRs.  The institution dates are identified in the below chart:

| Exhibit No. | IPR Proceeding No. | Patent | Institution Decision Date |
|---|---|---|---|
| A | IPR2020-00603 | '231 patent | September 3, 2020 |
| B | IPR2020-00602 | '946 patent | September 3, 2020 |
| C | IPR2020-00708 | '333 patent | September 2, 2020 |

Dated:  September 4, 2020

**OF COUNSEL**:

Mark D. Fowler (Admitted *Pro Hac Vice*)
Clayton Thompson (Admitted *Pro Hac Vice*)
Jake Zolotorev (Admitted *Pro Hac Vice*)
Carrie L. Williamson (Admitted *Pro Hac Vice*)
Asa Wynn-Grant (Admitted *Pro Hac Vice*)
Sangwon Sung (Admitted *Pro Hac Vice*)
Monica De Lazzari (Admitted *Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone: (650) 833-2048
Facsimile: (650) 687-1138
mark.fowler@us.dlapiper.com
clayton.thompson@us.dlapiper.com
jake.zolotorev@us.dlapiper.com
carrie.williamson@us.dlapiper.com
asa.wynngrant@us.dlapiper.com
sangwon.sung@us.dlapiper.com
monica.delazzari@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Denise S. Kraft (DE Bar No. 2778)
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE  19801-1147
Telephone: 302-468-5700
Facsimile: 302-394-2341
denise.kraft@us.dlapiper.com
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendant NVIDIA Corporation*