IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INVENSAS CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 19-861-RGA |
| | : | |
| NVIDIA CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, the above-captioned case was stayed on September 9, 2020, due to *inter partes* review proceedings that are presently pending before the Patent Trial and Appeal Board (the "PTAB") (D.I. 195);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**.  The parties shall promptly notify the Court when the proceedings before the "PTAB" have been resolved so that this case may be reopened and other appropriate action may be taken.

9/9/20
Date

_____
United States District Judge