# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| INVENSAS CORPORATION and TESSERA ADVANCED TECHNOLOGIES, INC., )<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>NVIDIA CORPORATION,  )<br>)<br>Defendant.  )<br>) | C.A. No. 19-cv-861-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL OF COUNT IV OF THE COMPLAINT WITH PREJUDICE

Plaintiffs Invensas Corporation and Tessera Advanced Technologies, Inc. ("Plaintiffs"), by and through their counsel, and Defendant NVIDIA Corporation ("Defendant"), by and through its counsel, file this Stipulation of Dismissal of Count IV of the Complaint With Prejudice, and in support hereof state:

1. The parties agree to lift the stay for the sole purpose of filing this stipulation.

2. Plaintiffs have determined that they no longer wish to proceed with Count IV of the Complaint, which asserts infringement of U.S. Patent No. 6,317,333, and wish to dismiss that count with prejudice.

3. Plaintiffs have also determined that they no longer wish to proceed with Count IV of the proposed amended complaint in their motion to amend (D.I. 150), which was pending at the time of the stay of this litigation, and wish to withdraw that count with prejudice.

4. Defendant does not object to the dismissal of Count IV of the Complaint with prejudice and the withdrawal of Count IV of the proposed amended complaint with prejudice, as

Plaintiffs hereby stipulate that they shall not assert infringement of U.S. Patent No. 6,317,333 against any NVIDIA product or against any current and future NVIDIA entity or subsidiary.

5.  The parties agree that each party will bear its own costs and attorneys' fees with regard to any proceedings relating to Count IV of the Complaint.

WHEREFORE, the parties hereby agree and stipulate that (1) Count IV of the Complaint be dismissed, with prejudice, each party to bear its own costs and fees, and (2) Plaintiffs shall not assert infringement of U.S. Patent No. 6,317,333 against any NVIDIA product or against any current and future NVIDIA entity or subsidiary, including NVIDIA Singapore or NVIDIA International.

Dated: October 20, 2020

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile   (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

Respectfully submitted,

DLA PIPER LLP (US)

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: 302.468.5700
Facsimile: 302.394.2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendant NVIDIA Corporation*

IT IS SO ORDERED.

Date: 10/20/20

_____
The Honorable Richard G. Andrews