

August 5, 2022

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

Re: *Invensas Corp., et al. v. NVIDIA Corp.*, C.A. No. 19-cv-861-RGA[1]

Dear Judge Andrews:

The parties provide this joint status letter in response to the Court's oral order entered on August 2, 2022. D.I. 203.

This action was stayed on September 9, 2020, pending three *inter partes* review proceedings. *See* D.I. 195. On November 12, 2020, the Patent Trial and Appeal Board issued an order terminating one of the three proceedings, IPR2020-00708. The PTAB's order followed this Court's order on October 20, 2020, dismissing with prejudice Count IV of the Complaint, which asserted the '333 Patent. D.I. 199. On September 1, 2021, the PTAB issued final written decisions in the two remaining IPR proceedings. In connection with IPR2020-00602, the PTAB concluded that all of the challenged claims of U.S. Patent No. 6,849,946 are unpatentable. In connection with IPR2020-00603, the PTAB concluded that all of the challenged claims of U.S. Patent No. 6,232,231 are unpatentable.

Following the PTAB's issuance of its final written decisions, the parties conferred and submitted a joint status report on September 15, 2021. D.I. 200. The parties agreed that the stay of this case should remain in effect until the Federal Circuit resolves Plaintiff Invensas LLC's appeal of the PTAB's final written decisions in IPR2020-00602 and IPR2020-00603. *Id.* The Court issued an order continuing the stay on September 16, 2021. D.I. 201.

Plaintiff's appeal is pending at the Federal Circuit. *See Invensas LLC v. NVIDIA Corp. et al.*, Appeal Nos. 2022-1112, -1113. Plaintiff submitted its reply brief on July 22, 2022. The Federal Circuit has not yet announced a date for oral argument.

The parties propose that they file a joint status report with the Court within 14 days of the Federal Circuit's resolution of Plaintiff's appeal.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: counsel of Record (Via E-Filing)

---

[1] Plaintiff Invensas Corporation is now known as Invensas LLC. *See* D.I. 202.