

May 10, 2023

**VIA E-FILING**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

Re: *Invensas Corp. et al. v. NVIDIA Corp.*, C.A. No. 19-cv-861-RGA[1]

Dear Judge Andrews:

The parties provide this joint status letter pursuant to the Court's order staying this case (D.I. 195) and this Court's subsequent order continuing the stay (D.I. 201).

This action was stayed on Sept. 9, 2020, pending three *inter partes* review proceedings. *See* D.I. 195. On Nov. 12, 2020, the Patent Trial and Appeal Board issued an order terminating one of the three proceedings, IPR2020-00708. On Sept. 1, 2021, the PTAB issued final written decisions in the two remaining IPR proceedings. In connection with IPR2020-00602, the PTAB concluded that all of the challenged claims of U.S. Patent No. 6,849,946 are unpatentable. In connection with IPR2020-00603, the PTAB concluded that all of the challenged claims of U.S. Patent No. 6,232,231 are unpatentable.

Following the PTAB's issuance of its final written decisions, the parties conferred and submitted a joint status report on Sept. 15, 2021. D.I. 200. The parties agreed that the stay of this case should remain in effect until the Federal Circuit resolved Plaintiff Adeia Semiconductor Technologies LLC's appeal of the PTAB's final written decisions in IPR2020-00602 and IPR2020-00603. *Id.* The Court issued an order continuing the stay on Sept. 16, 2021. D.I. 201.

On Mar. 22, 2023, the Federal Circuit affirmed the PTAB's final written decisions. On Apr. 28, 2023, the Federal Circuit issued its mandate. *See Adeia Semiconductor Techs. LLC v. NVIDIA Corp. et al.*, Appeal Nos. 2022-1112, -1113.

The instant district court litigation involves an additional patent, U.S. Patent No. 7,064,005, which was not the subject of an IPR proceeding and was not at issue in the Federal Circuit appeal.

---

[1] Invensas Corporation is now known as Adeia Semiconductor Technologies LLC. *See* D.I. 205. Tessera Advanced Technologies, Inc. is now known as Adeia Semiconductor Advanced Technologies Inc. *Id.*

Plaintiffs and Defendant have conferred following the Federal Circuit's issuance of its mandate. The parties will continue to confer and will provide a joint submission to the Court regarding further proceedings in the case.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: counsel of Record (Via E-Filing)